IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wision Investments LLC,<br><br>                Plaintiff,<br><br>v.<br><br>Hirschler Fleischer, a Virginia Professional Corporation, J. Benjamin English, Jane Doe English,<br><br>                Defendants. | No. CV16-03302-PHX-DMF<br><br>**ORDER** |

This matter having recently come before this court,

**IT IS ORDERED** that a motion pursuant to Fed. R. Civ. P. 12(b) is discouraged if the defect that would be the subject of the motion can be cured by filing an amended pleading. Therefore, the parties must meet and confer prior to the filing of a motion to dismiss to determine whether it can be avoided. Consequently, motions to dismiss must be accompanied by a notice of certification of conferral, indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment. In addition, parties shall endeavor not to oppose motions to amend that are filed prior to the Rule 16 Scheduling Conference or within the time set for the Rule 16 Case Management Order. Motions to dismiss that do not contain the required certification are subject to striking on the Court's own motion.

///

///

**Plaintiff(s) shall provide a copy of this order to Defendant(s) at the time of service of the complaint or within ten days of receipt of this Order, whichever is later.**

Dated this 29th day of September, 2016.

                                                    _____
                                                    Honorable Deborah M. Fine
                                                    United States Magistrate Judge